THE SUNTAG LAW FIRM
A Professional Corporation
DANA A. SUNTAG (California State Bar No. 125127)
LORIS L. BAKKEN (California State Bar No. 215033)
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California 95202
Telephone: (209) 943-2004
Facsimile: (209) 943-0905

Attorneys for Chapter 7 Trustee
ALAN S. FUKUSHIMA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

KSE, INC.,

    Debtor.

NO: 11-28420-C-7

DC No.: SLF-3

**MOTION FOR AUTHORIZATION TO SELL THE ESTATE'S INTEREST IN PROPERTY AT PUBLIC AUCTION**

Date: July 5, 2011
Time: 9:30 a.m.
Place: Department C
The Honorable Christopher M. Klein

Chapter 7 Trustee Alan S. Fukushima respectfully moves for authorization to sell personal property of the estate at public auction. The Trustee believes the proposed sale of the personal property is in the best interests of the creditors and this Court should approve it pursuant to Bankruptcy Code Section 363(b).

The Trustee represents the following:

1. On April 4, 2011, the Debtor filed this case. Alan S. Fukushima was appointed Chapter 7 Trustee.

2. The Debtor scheduled "Construction Tools and Equipment" and valued it all at $66,501.00.

3. Some of the tools and equipment have been delivered for auction to West Auctions, Inc. ("West"), at 450 Santa Anita Drive, Woodland, California 95776, including the following: Welders, welding accessories and supplies, drill press, Esab Silhouette 1000 CNC plasma table, grinders, sanders, pallet jack, forklift, metal stock, Scotchman ironworker, job boxes, roll bender, pallet straddle stacker, air filtration system, air hoses, towable welders, towable power generator, towable air compressor, circular floor fan, metal cart, ladders, metal rollers, scaffold, construction signs, horizontal bandsaw, power tools, shelving, and metal stock (the "Equipment). (Fukushima Decl., ¶ 3).

4. The Debtor did not schedule any liens against the Equipment and the Trustee is unaware of any liens. (Fukushima Decl., ¶ 4).

### SALE OF THE EQUIPMENT AT PUBLIC AUCTION

5. The Trustee believes, based on his knowledge and on West's evaluation of the Equipment, that there is equity in the Equipment and a sale of the Equipment at public auction is the best method of liquidating it for the benefit of the estate. (Fukushima Decl., ¶ 5).

6. The Trustee is filing concurrently an application to employ West as auctioneer, which is also set for hearing on June 21, 2011. (Fukushima Decl., ¶ 6).

7. The Trustee believes that by using an auction process, the Equipment will be exposed to a large number of prospective purchasers and, for that reason, will likely be sold

MOTION TO SELL THE ESTATE'S
INTEREST IN PROPERTY
AT PUBLIC AUCTION

2

for the best possible price. West engages in extensive advertising, including internet advertisements, syndication of auction announcements through network partners associated with the National Auctioneer's Association and California State Auctioneer's Association, and it emails auction announcements to its subscriber list of approximately 10,000 people. (Fukushima Decl., ¶ 7).

8. If the Court approves this Motion, the Trustee intends to sell the Equipment at an online auction to be conducted at West's website, www.westauction.com. The Equipment will be sold on an "AS IS" basis without any warranty. Interested persons may inspect the Equipment on weekdays between 9:00 a.m. and 4:00 p.m. by appointment with West. Information regarding the sale or subsequent sale dates, if any, may be obtained by telephoning West, at (530) 661-0490. (Fukushima Decl., ¶ 8).

9. The Trustee intends to accept the highest reasonable bid. If, in the exercise of the Trustee's business judgment, no reasonable bid is received, the Equipment may be held for subsequent auction or private sale without additional notice. (Fukushima Decl., ¶ 9).

10. The Trustee believes the sale of the Equipment at a public auction is in the best interests of the creditors because it is likely to obtain the best possible price and should be approved by the Court under Bankruptcy Code Section 363. (Fukushima Decl., ¶ 10).

**AUCTIONEER COMPENSATION**

11. As is noted in the application to employ West, the Trustee requests authorization to pay West a commission of 10 percent of the sales price of the Equipment sold at auction plus reimbursement of reasonable expenses up to $250.00, incurred in preparing the Equipment for sale, including out of pocket expenses for transportation and storage of the Equipment. Also, each successful buyer will pay a buyer's fee of 13 percent if they pay with a credit card, or 10 percent if they pay cash, directly to West to reimburse West for advertising and other costs. The Trustee believes that this is a customary practice for the auction sale of personal property and one which encourages the use of auction professionals to assist with

bankruptcy sales of property. The Trustee will file a report of the sale with the Court. (Fukushima Decl., ¶ 11).

## CONCLUSION

The Trustee respectfully requests that the Court authorize the sale of the Equipment at public auction on the terms and conditions set forth in this Motion, approve the compensation of the auctioneer on the terms and conditions set forth in this Motion (10 percent seller's commission, reimbursement of reasonable expenses up to $250.00, and 13 percent buyer's fee from each buyer if they pay with a credit card, or 10 percent if they pay cash), and that it grant such other and further relief as is appropriate.

Dated: June 2, 2011

THE SUNTAG LAW FIRM
A Professional Corporation

By: /s/ Dana A. Suntag
    DANA A. SUNTAG
    Attorneys for Chapter 7 Trustee
    ALAN S. FUKUSHIMA